# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

UTIBE NOBLE ENIME

NO. 2019 KW 1568

JAN 0 6 2020

---

In Re:    Utibe Noble Enime, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-17-0624.

---

**BEFORE:  WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

   **WRIT DENIED AS MOOT.**  The record of the East Baton Rouge Parish Clerk of Court's Office reflects that on December 19, 2019, relator pled guilty as charged and was sentenced.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_DEPUTY CLERK OF COURT_
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.